

# MANDATE

# Court of Appeals
# First District of Texas

NO. 01-15-00454-CV

THE CITY OF FRIENDSWOOD, Appellant

V.

WIGHT REALTY INTERESTS, LTD., Appellee

Appeal from the 212th District Court of Galveston County. (Tr. Ct. No. 09-CV-2123).

**TO THE 212TH DISTRICT COURT OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 23rd day of July 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** appellant The City of Friendswood's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

> Costs are taxed against the party incurring same.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered July 23, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

September 25, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

